| PROB 22 ev.2 | | DOCKET NUMBER(Tran.Ct) |
| --- | --- | --- |
| | | 10-60186-CR-FAM |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER(Rec.Ct) |
| | | CR 12-0420 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SD/FL | DIVISION MIAMI |
| --- | --- | --- |
| VANESSA SANDERS | NAME OF SENTENCING JUDGE | |
| | FEDERICO A. MORENO, CHIEF US DISTRICT JUDGE | |
| SD/FL PACTS No. 104721 | DATES OF PROBATION SUPERVISED RELEASE | FROM 03/09/12  TO 03/08/16 |

KUNTZ, J.

**OFFENSE**

**POSSESSION WITH INTENT TO DISTRIBUTE AT LEAST 500 GRAMS OF COCAINE**, 21, U.S. Code, § 841(a)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of New York, Brooklyn  upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 21, 2012                                    _____
Date                                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, BROOKLYN

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                    United States District Judge